IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY LEON WEBSTER
ADC #114018                                                              PLAINTIFF

v.                          No. 4:20-cv-544-DPM

COLLOTON, Circuit Judge, United
States Court of Appeals for the Eighth
Circuit; WOLLMAN, Circuit Judge,
United States Court of Appeals for the
Eighth Circuit; and KOBES, United
States Court of Appeals for the Eighth
Circuit                                                                   DEFENDANTS

ORDER

1. Application to proceed *in forma pauperis*, Doc. 1, denied. Webster is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Webster v. Does*, 3:19-cv-59-DPM; *Webster v. Pigg*, 3:19--cv-60-DPM; *Webster v. Days Inn Motels, Inc.*, 3:19-cv-78-DPM. And nothing in Webster's new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

2. If Webster wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen the case by 22 June 2020. An *in forma pauperis* appeal from this Order and

accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 May 2020