IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY LEON WEBSTER
ADC #114018                                                                   PLAINTIFF

v.                          No. 4:20-cv-544-DPM

COLLOTON, Circuit Judge, United
States Court of Appeals for the Eighth
Circuit; WOLLMAN, Circuit Judge,
United States Court of Appeals for the
Eighth Circuit; and KOBES, United
States Court of Appeals for the Eighth
Circuit                                                                        DEFENDANTS

JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2020